FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00291-CV


IN THE MATTER OF THE
GUARDIANSHIP OF FRANCES
PHILLIPS, AN ALLEGED
INCAPACITATED PERSON


------------

FROM PROBATE COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2014-GD00198-2

------------

### NO. 02-14-00315-CV


IN THE MATTER OF THE
GUARDIANSHIP OF EDWIN
WOOLEY, AN ALLEGED
INCAPACITATED PERSON


------------

FROM PROBATE COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2014-GD00251-2

------------

-----------

# ORDER

-----------

We have considered the "Motion Of Amicus Curiae To Participate In Oral Argument" filed by Terry W. Hammond in cause number 02-14-00291-CV and "Appellee's Motion For Additional Time For Oral Argument" filed in cause numbers 02-14-00291-CV and 02-14-315-CV. The motions are **GRANTED**.

Terry W. Hammond will be permitted to present oral argument when the case is argued on **Tuesday, February 17, 2015 at 1:30 PM**, before a panel consisting of Justice Dauphinot, Justice Gabriel, and Justice Sudderth, in the courtroom of the Court of Appeals for the Second District of Texas, which is located on the 9th floor of the Tim Curry Criminal Justice Center. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

Appellant and appellee will each have a total of twenty (20) minutes for oral argument with appellant having an additional five (5) minutes for rebuttal. Hammond will be allowed to present oral argument during any or all of the twenty (20) minutes allotted to the appellee in accordance with the appellee's agreement with Terry W. Hammond. *See* Tex. R. App. P. 39.5.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record and the amicus curiae.

DATED February 12, 2015.

PER CURIAM